| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven T. Gubner<br>EZRA \| BRUTZKUS \| GUBNER LLP<br>16830 Ventura Boulevard<br>Suite 310<br>Encino, CA 91436<br>Telephone: (818) 995-0215<br>Facsimile: (818) 501-3618<br>State Bar No. 156593<br>Attorney for    Plaintiff    Joint Liquidating Trust | LODGED<br>03 NOV 17 PM 3: 06<br>ENTERED<br>DEC - 5 2003<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:    CHORUS LINE CORPORATION and CALIFORNIA FASHION INDUSTRIES, INC.

Debtor.

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff(s),<br><br>vs.<br><br>SHASON, INC.<br><br>Defendant(s). | CHAPTER  11<br><br>CASE NUMBER LA 00-41578 ER<br><br>ADVERSARY NUMBER<br>AD02-02809<br><br>DATE:   NOT APPLICABLE<br>TIME:<br>COURTROOM: |

FILED
DEC - 4 2003
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## DEFAULT JUDGMENT
### (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment, as follows:

Judgment shall be entered in favor of Plaintiff Joint Liquidating Trust of the Chapter 11 Bankruptcy Estates of Chorus Line Corporation and California Fashion Industries, Inc., Successor-In-Interest to Plaintiff Official Committee of Unsecured Creditors

and against Defendant    SHASON, INC.

2. a. [x] Plaintiff is awarded damages in the following amount:    $  400,041.76
   b. [x] Plaintiff is awarded costs in the following amount:    $ 150.00 (Filing fee)
   c. [ ] Plaintiff is awarded attorney fees in the following amount:    $
   d. [ ] Plaintiff is awarded interest at the rate of ___ % per year from the following date to the date of entry of this Judgment *(Specify date from which interest shall begin to run)*:
   e. Plaintiff is granted the following relief *(specify)*:    See Attached Page

3. [x] This Judgment or claim is determined to be non-dischargeable under:    [x] Bankruptcy Code § 523(a)(19)(B)
   [ ] Other *(specify)*:

4. [ ] The Court further adjudges and orders as follows:    See Attached Page

Dated:    DEC 0 4 2003

JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
ERNEST M. ROBLES

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised November 1999

F 9021-1.4

Default Judgment (Based on Prior Judgment) - Page Two (2)    **F 9021-1.4**

| In re CHORUS LINE CORPORATION and CALIFORNIA FASHION INDUSTRIES, INC.<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br>LA 00-41578 ER |
|---|---|

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF   LOS ANGELES

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:   16830 Ventura Boulevard, Suite 310, Encino, CA 91436

On   November 14 2003          , I served the foregoing document described as: DEFAULT JUDGMENT on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at   Encino          , California, addressed as follows:

x   Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 14 2003

KRISTINA DOW
*Type Name*

_____
*Signature*

# SERVICE LIST

**DEFENDANT:**
Shason, Inc.
4700 Long Beach Avenue
Los Angeles, CA 90058

**UNITED STATES TRUSTEE:**
Office of the United States Trustee
725 S. Figueroa Street
Twenty-Sixth Floor
Los Angeles, CA 90017

EZRA | BRUTZKUS | GUBNER LLP
16830 Ventura Boulevard, Suite 310
Encino, California 91436

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>CHORUS LINE CORPORATION and CALIFORNIA FASHION INDUSTRIES, INC.<br>Debtor. | CHAPTER  11<br>CASE NUMBER: LA 00-41578 ER |
|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   DEFAULT JUDGMENT

   was entered on *(specify date)*: DEC 0 5 2003

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

   DEC 0 9 2003

Dated:  DEC 0 9 2003

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

# SERVICE LIST

**DEFENDANT:**
Shason, Inc.
4700 Long Beach Avenue
Los Angeles, CA 90058

**UNITED STATES TRUSTEE:**
Office of the United States Trustee
725 S. Figueroa Street
Twenty-Sixth Floor
Los Angeles, CA 90017

**COUNSEL FOR PLAINTIFF JOINT LIQUIDATING TRUST:**
Steven T. Gubner
Ezra, Brutzkus & Gubner, LLP
16830 Ventura Boulevard
Suite 310
Encino, CA 91436