1  RAMIN AZADEGAN, ESQ. (State Bar No. 131402)
   LAW OFFICES OF RAMIN AZADEGAN
2  9107 Wilshire Boulevard
   Suite 800
3  Beverly Hills, California 90210-5533
   Phone:      310/271-4800
4  Facsimile:  310/271-4088

5  Attorneys for Defendant, SHASON, INC.

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In Re: CHORUS LINE CORPORATION     )  CHAPTER 11
       and CALIFORNIA FASHION         )
12     INDUSTRIES, INC.               )  CASE NO.: LA 00-41578 ER
                                      )  (Substantially Consolidated)
13                      Debtors.      )
                                      )
14 OFFICIAL COMMITTEE OF              )  Adversary Case No. AD 02-2809ER
   UNSECURED CREDITORS,               )
15                                    )  **STIPULATION AND ORDER SETTING
                                      )  ASIDE ENTRY OF DEFAULT AND
16                      Plaintiff,    )  DEFAULT JUDGMENT**
                                      )
17         v.                         )  Complaint Filed:  November 12, 2002
                                      )  Trial Date:       None Set
18 SHASON, INC.,                      )
                                      )       3-18-04 @ 1:30 p.m.
19                      Defendant.    )
                                      )

20

21       Plaintiff, OFFICIAL COMMITTEE OF UNSECURED CREDITORS (hereinafter

22 "Plaintiff") and Defendant, SHASON, INC. (hereinafter "Defendant") hereby stipulate, by and

23 through their attorneys of record, that Plaintiff will hereby set aside the default and default judgment

24 entered against Defendant on May 27, 2003 and December 4, 2003, based upon the following:

25       A.    On or about November 12, 2002, Plaintiff filed an Adversary Claim against

26 Defendant to Avoid and Recover Preferential and Fraudulent Transfers;

27       B.    At the request of Plaintiff, a default was entered against Defendant on or about

28 May 27, 2003, and default judgment on December 4, 2003;

F:\SHAHERY\BANKRUPTCY\StipOrder.wpd        1                    13, 13A, 13B
STIPULATION AND ORDER SETTING ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT

C. Defendant asserts that it was not properly served with the copy of the Summons and Complaint, and that it has viable defenses to said adversary proceeding.

D. In order to move this case forward, without unnecessary delay, Plaintiff and Defendant, and their respective attorneys, agree to set aside the default and default judgment, without the Defendant having to make a motion to set aside that default and default judgment.

Accordingly, the parties hereto agree and stipulate that the default entered against Defendant on May 27, 2003, and default judgment on December 4, 2003, should be set aside. The parties further agree and stipulate that Defendant shall serve and file an answer to the adversary complaint concurrently with the instant Stipulation.

IT IS SO STIPULATED.

DATED: ~~December~~ January 14, 2003.

LAW OFFICES OF RAMIN AZADEGAN

By: _____
Ramin Azadegan
Attorneys for Defendant
SHASON, INC.

EZRA BRUTZKUS GUBNER

DATED: ~~December~~ January 14, 2004.

By: _____
Steven T. Gubner
Attorneys for Plaintiff
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

*The adversary shall be reopened.*

F:\SHAHERY\BANKRUPTCY\StipOrder.wpd

2

STIPULATION AND ORDER SETTING ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT

# ORDER

Based upon the Stipulation of the parties, and Good Cause Shown here,

THEREFORE, it is ordered as follows:

1. The default entered in favor of Plaintiff, Official Committee of Unsecured Creditors and against Defendant Shason, Inc., on May 26, 2003, and the Default Judgment entered on December 4, 2003, are hereby vacated and set aside;

2. Defendant Shason, Inc., shall file and serve its Answer to the Complaint in the same form as is attached to the Stipulation no later than ten days of entry of this Order;

3. A status conference for this matter is set for __3/18__, 2004 at __1:30 pm__ in Courtroom 1586 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California

IT IS SO ORDERED.

DATED: __1/22__, 2004

JUDGE OF THE BANKRUPTCY COURT

# PROOF OF SERVICE
## (C.C.P. §§ 1013(a) and 2015.5)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9107 Wilshire Boulevard, Suite 800, Beverly Hills, California 90210-5533.

On January 14, 2004, I served the foregoing document entitled **STIPULATION AND ORDER SETTING ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Please See Attached Service List**

__X__ **BY MAIL** - Pursuant to CCP §1013 (a) and (b), I caused such envelope to be deposited in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** - Pursuant to CCP §1011, I delivered such envelope(s) by hand to the offices of the addressee(s).

____ **BY OVERNITE EXPRESS** - I caused such envelope to be deposited in the OVERNITE EXPRESS Pickup Box in this building before the scheduled pick-up time.

____ **BY FACSIMILE** - Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, I caused said documents to be transmitted via facsimile to the fax numbers set forth above.

__X__ **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____ **FEDERAL** - I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 14, 2004, at Beverly Hills, California.

Lila J. Poorzand

**Service List**
In Re:  Chorus Line Corporation and California Fashion Industries, Inc., Debtors.
Official Committee of Unsecured Creditors V. Shason, Inc.
USBC Case No.:  LA 00-41578 ER
Adversary Case No.  AD 02-2809ER

| Steven T. Gubner, Esq. [SBN 156593]<br>EZRA \| BRUTZKUS \| GUBNER<br>16830 Ventura Boulevard<br>Suite 310<br>Encino, California 91436 | Counsel for Plaintiff Joint Liquidating Trust<br><br>Telephone:   818/ 995-0215<br>Facsimile:    818/ 501-3618 |
|---|---|

F:\SHAHERY\BANKRUPTCY\StipOrder.wpd             5
**STIPULATION AND ORDER SETTING ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT**